IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**GERALD WILSON,**

Plaintiff,

v.

**J. PRICE, et al.,**

Defendants.

Case No. 2:15-cv-00866 KJM EFB (PC)

[~~PROPOSED~~] **ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED** that Defendant's Motion for Protective Order (ECF No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery in this matter, including discovery that has already been propounded, except that pertaining to the subject of the exhaustion issues, be stayed until the Court rules on Defendant's motion for summary judgment.

**IT IS FURTHER ORDERED** that Defendant's motion to modify the discovery and scheduling order (ECF No. 35) is denied as moot.

Dated: June 28, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE